D/F BK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------x Civil Action No.: CV-05-799 (SJF)(CLP)

UNITED STATES OF AMERICA,  §
                          §
            Plaintiff,    §
                          §
    - against-            §
                          §
ELVIS O. BYNOE,           §
                          §
            Defendant.    §
---------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  SEP 28 2005  ★
P.M. _____
TIME A.M. _____

## DEFAULT JUDGMENT

Because Elvis O. Bynoe failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Elvis O. Bynoe:

| | |
|---|---|
| **Claim No. C99-15685W** | |
| Principal Balance: | $2,713.51 |
| Total Interest Accrued at 8.000%: | $3,159.55 |
| Filing and Service of Process: | $280.00 |
| Subtotal: | $6,153.06 |
| Attorney's Fees: | $1230.61 |
| Total Owed: | $6283.67 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
9/26 , 2005

/S/ HON. S. FEUERSTEIN

Sandra J. Feuerstein
United States District Judge